```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>Billy Budd Sullivan</u>

       v.                               Civil No. 14-cv-213-LM

<u>Derry Public Works Department</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 30, 2014.

   SO ORDERED.

                                                _____
                                                Landya P. McCafferty
                                                United States District Judge

Date: October 1, 2014

cc:  Billy Budd Sullivan, pro se